Albert William LACY, Plaintiff-Appellant,

v.

Joe DELONG, Director, West Virginia Regional Jail Authority; Steve Crooks, Administrator, South Central Regional Jail; Mr. Wilson, Medical Administrator, Prime Care Medical, Inc.; Mr. Hunter, Correctional Officer, South Central Regional Jail; Unknown Med-

ical Staff, Placed me in an unclean cell in the hospital removing the person that had staff infection; Medical Staff Person Terry, Female, Prime Care Medical, Inc.; Medical Staff Person Eva, Female, Prime Care Medical, Inc.; Unknown Corporal and Medical Staff, Prime Care Medical, Inc.; Unknown Correctional Officer, Female; Several Unknown Correctional, Defendants-Appellees.

### No. 16-1841

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Albert William Lacy, Appellant Pro Se.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert William Lacy seeks to appeal the district court's order dismissing some, but not all, of his claims raised under 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Lacy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accord-

ingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED